

**NUMBER 13-16-00274-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**STATE FARM LLOYDS,** **Appellant,**

**v.**

**ROGELIO MALDONADO,** **Appellee.**

---

**On appeal from the 430th District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, State Farm Lloyds, perfected an appeal from a judgment entered by the 430th District Court of Hidalgo County, Texas, in cause number C-4506-14-J. The parties have filed a joint motion to dismiss the appeal on grounds that the parties have reached an agreement to compromise and settle their differences. The parties request that this Court dismiss the appeal.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
10th day of November, 2016.